**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **RONNIE LEE BROWN, AIS #116308,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:22-cv-248-TFM-MU |
| ) | |
| **WARDEN CHADWICK CRABTREE,** ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION AND ORDER**

On January 16, 2025, the Magistrate Judge entered a Report and Recommendation which recommends this petition brought under 28 U.S.C. § 2254 be dismissed as time barred and a certificate of appealability be denied. *See* Doc. 26. No objections were filed, and the time frame has now passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, it is **ORDERED** that Ronnie Lee Brown's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED with prejudice** as time barred. Additionally, the Court determines that Petitioner is not entitled to a Certificate of Appealability and therefore, is not entitled to appeal *in forma pauperis*.

The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 31st day of March, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE